Certificate Number: 03088-PAE-DE-034156143

Bankruptcy Case Number: 20-10498



03088-PAE-DE-034156143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2020, at 1:46 o'clock PM CST, Kevin McAleer completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 28, 2020           By:   /s/Doug Tonne

                                   Name: Doug Tonne

                                   Title: Counselor